## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

vs                                                                CASE NO: 3:98cr36-001

CHARLEY JOHN STEVENSON,
       Defendant.
_____/

## ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 Motion  advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing.  The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government and the State of Florida in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced as to Count I from 262 months to 120 months and as to Count III from 60 months to 20 months to run consecutive to the sentence in Count I.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 2 November 1999 shall remain unchanged.

**ORDERED** this18th day of August 2005.


               s/*L. A. Collier*
               LACEY A. COLLIER
           Senior United States District Judge